UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| PETER ROGERS and SANDRA ROGERS, | : |
| Debtors. | : CASE NO. 99-11516 (GMB) |
| | : |
| CAROL ANN HUTCHINS, | : ADVERSARY NO. 04-2717 (GMB) |
| Plaintiff, | : |
| v. | : |
| PETER ROGERS, BAR/MSF, LLC, and ISABEL BALBOA, | : |
| Defendants. | : |

CERTIFICATE OF SERVICE

I, Nicole A. Ramos, hereby certify that on this 28th day of March, 2007, I have caused a true and correct copy of the foregoing Memorandum Opinion in the above-referenced adversary proceeding to be served on the following by placing same in the United States Mail, addressed as follows:

Ellen M. McDowell, Esquire
McDowell Riga
46 W. Main Street
P.O. Box 127
Maple Shade, NJ 08052
Attorney for Plaintiff, Carol Ann Hutchins

David Paul Daniels, Esquire
David Paul Daniels, P.A.
3300 Federal Street
Camden, NJ 08105
Attorney for Defendant, Peter Rogers

Isabel C. Balboa, Chapter 13 Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977

/s/ Nicole A. Ramos
Judicial Assistant to the
Honorable Gloria M. Burns, U.S.B.J.